THE HONORABLE ROBERT S. LASNIK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAJ KUMAR,<br><br>Plaintiff,<br><br>vs.<br><br>CONVENIENCE RETAILERS LLC, d/b/a MY GOODS MARKET, a Delaware corporation; and EAGLE CANYON CAPITAL, LLC, a Delaware corporation,<br><br>Defendants. | NO. 2:16-cv-00364-RSL<br><br>[PROPOSED] ORDER ON WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF |

THIS MATTER having come on before the undersigned Judge of the above-entitled Court on stipulation of all parties to this action for an order allowing for the withdrawal of Patrick L. McGuigan, William J. Kim, and HKM Employment Attorneys LLP as attorneys for Plaintiff, and the Court having considered the Stipulation, now makes the following

///

///

///

///

ORDER ON WITHDRAWAL AND
SUBSTITUTION OF COUNSEL FOR
PLAINTIFF – 1
Case No. 2:16-cv-00364-RSL

HKM EMPLOYMENT ATTORNEYS LLP
600 Stewart Street, Suite 901
Seattle, WA 98101
(206) 838-2504

1   ORDER allowing for the withdrawal of Patrick L. McGuigan, William J. Kim, and
2   HKM Employment Attorneys LLP as attorneys for Plaintiff and the appearance of attorney
3   Loyd J. Willaford and Sarah E. Derry and Cline & Casillas as counsel for Plaintiff.
4   DONE this 18th day of April, 2017.

*/s/ S Casnik*
THE HONORABLE ROBERT S. LASNIK
US District Court Judge

Presented by:

**HKM EMPLOYMENT ATTORNEYS**

*/s/ Patrick L. McGuigan*
Patrick L. McGuigan, WSBA No. 28897
William J. Kim, WSBA No. 46792
600 Stewart Street, Suite 901
Seattle, WA 98101
(206) 838-2504
Withdrawing Attorneys

**CLINE & CASILLAS**

*/s/ Loyd J. Willaford*
Loyd J. Willaford, WSBA No. 42696
Sarah E. Derry, WSBA No. 47189
520 Pike Street, Suite 1125
Seattle, WA 98101
(206) 838-8770
Substituting Attorneys

**SAVITT BRUCE & WILLEY LLP**

*/s/ Coby Cohen*
Stephen C. Willey, WSBA No. 24499
Coby Cohen, WSBA No. 30034
1425 Fourth Avenue, Suite 800
Seattle, WA 98101-2272
(206) 749-0500
Attorneys for Defendants

ORDER ON WITHDRAWAL AND
SUBSTITUTION OF COUNSEL FOR
PLAINTIFF – 2
Case No. 2:16-cv-00364-RSL

HKM EMPLOYMENT ATTORNEYS LLP
600 Stewart Street, Suite 901
Seattle, WA 98101
(206) 838-2504