UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAJ KUMAR,<br><br>        Plaintiff,<br><br>vs.<br><br>CONVENIENCE RETAILERS, LLC. et al.,<br><br>        Defendants. | NO. C16-364RSL<br><br>MINUTE ORDER |

The following Minute Order is made and entered on the docket at the direction of the HONORABLE ROBERT S. LASNIK, UNITED STATES DISTRICT JUDGE:

The above referenced case is reassigned to the Honorable James L. Robart. The trial will commence on November 15, 2017. Counsel should contact Ashleigh Drecktrah, In-Court Deputy to the Honorable James L. Robart at 206-370-8520, upon receipt of this order.

All future pleadings filed in this case shall bear case number C16-364JLR.

DATED this 26th day of October, 2017.

s/Kerry Simonds
by Kerry Simonds, Deputy Clerk
To Robert S. Lasnik, Judge
206-370-8519

MINUTE ORDER