The Honorable James Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

RAJ KUMAR,

    Plaintiff,

v.

CONVENIENCE RETAILERS LLC, et al.,

    Defendants.

NO.   C16-364RSL

**STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TRIAL-RELATED DEADLINES**

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue, Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

## STIPULATION

Plaintiff Raj Kumar and Defendant Eagle Canyon Capital, LLC hereby agree that with the continuance of the trial date from November 6, 2017 to November 15, 2017, good cause exists for the Court to extend by one week the deadlines set forth in the Court's Minute Order Setting Trial Date & Related Dates [Dkt. 11] for filing of trial briefs, proposed voir dire questions, proposed jury instructions, and submission of trial exhibits. Specifically, the deadline in the Order for filing and submission of those documents is currently November 1, 2017, and the parties stipulate that it should be extended to November 8, 2017.

| SAVITT BRUCE & WILLEY LLP | CLINE & CASILLAS, P.S. |
|---|---|
| By  /s/ Stephen C. Willey | By  /s/ Loyd Willaford [email auth.] |
| Stephen C. Willey, WSBA #24499 | Loyd J. Willaford, WSBA #42696 |
| C. N. Coby Cohen, WSBA #30034 | Sarah Derry, WSBA #47189 |
| 1425 Fourth Avenue, Suite 800 | 520 Pike Street, Suite 1125 |
| Seattle, WA 98101-2272 | Seattle, WA 98101 |
| Tel: (206) 749-0500; Fax (206) 749-0600 | Tel: (206) 838-8770 |
| Email: swilley@sbwllp.com | Email: lwillaford@clinelawfirm.com |
| Email: ccohen@sbwllp.com | Email: sderry@clinelawfirm.com |
| Attorneys for Defendant | Attorneys for Plaintiff |

## ORDER

Pursuant to the above stipulation and good cause having been shown, the Court hereby ORDERS that the Minute Order Setting Trial Date & Related Dates is amended as follows:

- The deadline to file trial briefs, proposed voir dire questions, proposed jury instructions and to submit trial exhibits to the Court is extended from November 1, 2017 to November 8, 2017.

Dated this 27th day of October, 2017.

_____
THE HONORABLE JAMES ROBART
United States District Judge

STIPULATION AND [PROPOSED] ORDER REGARDING
EXTENSION OF TRIAL-RELATED DEADLINES - 1
No. C16-364RSL

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document was filed electronically with the Court and thus served simultaneously upon all counsel of record, this 27th day of October, 2017.

_____
Nikki Kunz

CERTIFICATE OF SERVICE
No. C16-364RSL

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500