The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAJ KUMAR,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>CONVENIENCE RETAILERS, LLC, d/b/a MY GOODS MARKET, a Delaware corporation; and EAGLE CANYON CAPITAL, LLC, a Delaware corporation,<br><br>　　　Defendants. | NO.　2:16-cv-00364-RSL<br><br>**AGREED PRETRIAL ORDER**<br><br>Trial Date: November 15, 2017 |

In accordance with LCR 16, LCR 16.1, and the Court's Minute Order Setting Trial Dates and Related Dates (Dkt. No. 11), Plaintiff Raj Kumar ("Kumar") and Defendant Eagle Canyon Capital, LLC f/k/a Convenience Retailers, LLC d/b/a My Goods Market ("My Goods Market"), through their undersigned counsel, submit this Agreed Pretrial Order.

## I.　JURISDICTION

Jurisdiction is vested in this Court pursuant to 28 U.S.C. § 1331.

## II.　CLAIMS AND DEFENSES

Plaintiff will pursue at trial the following claims:

1.　Violation of 43 U.S.C § 2000(e) *et seq.* for alleged disparate treatment – discrimination based on religion.

PRETRIAL ORDER - 1
No. 2:16-cv-00364-RSL

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

2. Violation of RCW 49.60 *et seq.* for alleged disparate treatment – discrimination based on religion.

3. Plaintiff has abandoned and will not be pursuing his previously asserted claims for (a) Violation of Washington's Wage Payment Act, RCW 49.48 *et seq.*; and (b) Negligent Infliction of Emotional Distress. *See* Complaint (Dkt. 1) at ¶¶ 5.7 – 5.12.

4. Plaintiff stipulates that he has no lost wages or other economic damages because he earned more money following the termination of his employment with My Goods Market. The only damages that Plaintiff seeks herein are for emotional distress.

Defendant will pursue the following affirmative defenses:

1. Plaintiff's employment was terminated for one or more legitimate, nondiscriminatory reasons.

2. My Goods Market is not liable to Plaintiff because My Goods Market exercised reasonable care to prevent discriminatory and/or harassing conduct on the part of its employees, and would have promptly corrected any such conduct had Plaintiff acted reasonably by providing it notice of alleged discriminatory and/or harassing conduct, which Plaintiff did not.

3. My Goods Market is not liable for punitive damages because My Goods Market did not act with malice toward Plaintiff and made good faith efforts to comply with Title VII and to prevent discrimination in the workplace; as a result, My Goods Market cannot, be held vicariously liable for the acts of a manager, even if they would otherwise be sufficient to support a punitive damage award.

### III.   ADMITTED FACTS

The following facts are admitted by the parties:

1. Plaintiff was an employee of My Goods Market, working as a clerk/cashier from April 24, 2014 through February 6, 2015.

2. Plaintiff earned approximately $10 per hour (less applicable withholdings) while working at My Goods Market. In 2014, he was paid $9.32 per hour for regular hours and

PRETRIAL ORDER - 2
No. 2:16-cv-00364-RSL

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

1  $10.32 for graveyard shifts, and in 2015, he was paid $9.47 per hour and $10.47 per hour for graveyard shifts in 2015.

3.      Plaintiff's last day worked for My Goods Market was on or about January 22, 2015.

4.      Plaintiff was terminated from My Goods Market on or about February 6, 2015.

5.      In 2014, Plaintiff was employed by or did work for (a) Uber Technologies, Inc. (Rasier, LLC) as a driver; (b) My Goods Market (Convenience Retailers, LLC) as a clerk/cashier; (c) Sadguru Enterprises, Inc. as a clerk/cashier; (d) Hubfill, Inc. as a clerk/cashier; and (e) Lyft, Inc. as a driver.

6.      In 2015, Plaintiff was employed by or did work for (a) Lyft, Inc. as a driver; (b) Sadguru Enterprises, Inc. as a clerk/cashier and manager; (c) Uber Technologies, Inc. (Rasier, LLC) as a driver; (d) A1 Luxury Seattle Limos as a driver; and (e) My Goods Market (Convenience Retailers, LLC) as a clerk/cashier.

### IV.     EXPERT WITNESSES

None. Neither party disclosed any expert witness.

### V.      OTHER WITNESSES

The names and addresses of witnesses, other than experts, to be used by each party at the time of trial and the general nature of the testimony of each are:

**A.     On behalf of Plaintiff:**

| Witness Names and Addresses | General Nature of the Expected Testimony | Current Expectation re Testifying |
|---|---|---|
| Raj Kumar<br>c/o Cline & Casillas, P.C.<br>520 Pike Street, Suite 1125<br>Seattle, WA 98101 | Mr. Kumar is the Plaintiff; he will testify regarding his employment with My Goods Market, other employment and opportunities in 2014- 2015, and alleged damages. | Will testify |

PRETRIAL ORDER - 3
No. 2:16-cv-00364-RSL

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

| Witness Names and Addresses | General Nature of the Expected Testimony | Current Expectation re Testifying |
|---|---|---|
| Shakti Prabha<br>18826 19th Dr. SE<br>Bothell, WA 981012 | Ms. Prabha is married to Plaintiff; she will testify regarding her observations of Mr. Kumar | Will testify[1] |
| Katherine Reggans<br>c/o Savitt Bruce & Willey LLP<br>1425 4th Avenue, Suite 800<br>Seattle, WA 98101 | Ms. Reggans is the Director of Operations for Eagle Canyon Capital LLC; she will testify as to the policies, procedures and training in place for My Goods Market, and may testify as to the documentary evidence concerning the termination of Plaintiff. | Will testify |

**B.     On behalf of Defendant:**

| Witness Names and Addresses | General Nature of the Expected Testimony | Current Expectation re Testifying |
|---|---|---|
| Raj Kumar<br>c/o Cline & Casillas, P.C.<br>520 Pike Street, Suite 1125<br>Seattle, WA 98101 | Mr. Kumar is the Plaintiff; he will testify regarding his employment with My Goods Market, other employment and opportunities in 2014- 2015, and alleged damages. | Will testify |
| Richard "Raveen" Lal<br>5701 Highway Place, Apt. 14<br>Everett, WA 98203 | Mr. Lal is a former employee of My Goods Market; he may testify regarding management and operation of the Kirkland location where Plaintiff worked, and the events surrounding the termination of Plaintiff's employment with My Goods Market | May testify |
| Jose Machuca<br>c/o Savitt Bruce & Willey LLP<br>1425 4th Avenue, Suite 800<br>Seattle, WA 98101 | Mr. Machuca is a former district manager for My Goods Market; he will testify as to his management of the District in which Plaintiff worked, training provided by the company, and information on the issues typically faced in operating businesses such as these. | Will testify |

---

[1] Ms. Prabha was not disclosed as a potential witness in Plaintiff's Initial Disclosures or otherwise during discovery in this matter and, accordingly, her contemplated testimony is the subject of one of Defendant's pending motions in limine. *See* Dkt. 25 at 5:1-17 and 9:12 – 11:2.

PRETRIAL ORDER - 4
No. 2:16-cv-00364-RSL

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500

| Witness Names and Addresses | General Nature of the Expected Testimony | Current Expectation re Testifying |
|---|---|---|
| Officer John Ness<br>Kirkland Police Department<br>11750 NE 118th Street<br>Kirkland, WA 98034 | May testify regarding his interactions with Plaintiff on or around February 12, 2016 and the related police report. | May testify |
| Raj Prasad<br>13816 Picnic Point Road<br>Edmonds, WA 98026 | Mr. Prasad is a former employee of My Goods Market; he may testify regarding management and operation of the Kirkland location where Plaintiff worked, and the events surrounding the termination of Plaintiff's employment with My Goods Market | May testify |
| Katherine Reggans<br>c/o Savitt Bruce & Willey LLP<br>1425 4th Avenue, Suite 800<br>Seattle, WA 98101 | Ms. Reggans is the Director of Operations for Eagle Canyon Capital LLC; she will testify as to the policies, procedures and training in place for My Goods Market, and may testify as to the documentary evidence concerning the termination of Plaintiff. | Will testify |

## VI.  EXHIBITS

A.  **Admissibility Stipulated:**

1.  **Plaintiff's Exhibits**

| No. | Date | Exhibit Description | Notes |
|---|---|---|---|
| 5 | 2014-2015 | Certain work schedules for My Goods Market | Kumar 000013-000018 |
| 7 | 2/6/2015 | Recommendation for Termination | EC000221-222 |
| 8 | 2012 | Pacific Convenience & Fuels, LLC – Employee Handbook for Washington Retail Stores; digitally signed by R. Kumar (4/24/15) | EC000110-169 |

PRETRIAL ORDER - 5
No. 2:16-cv-00364-RSL

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

| No. | Date | Exhibit Description | Notes |
|---|---|---|---|
| 9 | 2014-2105 | Spreadsheet of Employee Time Cards for R. Kumar | EC000249-260 |
| 10 | 2014-2015 | Compensation Report for R. Kumar | EC000245-248 |
| 13 | 2/6/15 | Personnel Action Form for R. Kumar | EC000220 |

2. **Defendant's Exhibits**

| No. | Date | Exhibit Description | Notes |
|---|---|---|---|
| 501 | Signed 4/11/2014 | Employee Handbook and addenda signed off on by Plaintiff | EC000110-181 |

B. **Authenticity stipulated; admissibility disputed**

1. **Plaintiff's Exhibits**

| No. | Date | Exhibit Description | Objection |
|---|---|---|---|
| 6 | 8/10/15 | Medical record for R. Kumar – "Patient Plan for 8/10/15" | FRE 401, 402, 403, 801, 802, 803; *Daubert*; foundation |
| 11 | 11/2014 - 12/2014 | Employment records for J. Machuca: Personnel Action Form and Performance Evaluation | FRE 401, 402, 403, 801, 802, 803 |
| 12 | 10/15/2010 | Employment records for R. Lal: Personnel Action Forms and Performance Evaluation | FRE 401, 402, 403, 801, 802, 803 |

PRETRIAL ORDER - 6
No. 2:16-cv-00364-RSL

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

| No. | Date | Exhibit Description | Objection |
|---|---|---|---|
| 14 | N/A | Spreadsheet of former My Goods Employees and employment dates | FRE 401, 402, 403, 801, 802, 803 |

2.   **Defendant's Exhibits**[2]

| No. | Date | Exhibit Description | Objection |
|---|---|---|---|
| 502 | Signed 4/11/2014 | Injury and Illness Prevention Form and associated policies/procedures signed off on by Plaintiff | ER 401, 402, 403 |
| 503 | Signed 4/11/2014 | Site Expectations Form signed off on by Plaintiff | ER 401, 402, 403 |
| 504 | Signed 4/11/2014 | Meal Break Policy signed off on by Plaintiff | ER 401, 402, 403 |
| 505 | Undated | Updated Employee Handbook | ER 401, 402, 403 |
| 506* | Various | Monthly newsletters and trainings | ER 401, 402, 403, 801, 802 |
| 508 | Various | Communications concerning contact by Plaintiff to HR about management application | ER 401, 402, 403, 801, 802 |
| 509 | Various | Communications concerning contact by Plaintiff to HR about management application | ER 401, 402, 403, 801, 802 |

---

[2] For exhibits marked with an asterisk (*), Plaintiff is contesting admissibility of only portions of the exhibit

PRETRIAL ORDER - 7
No. 2:16-cv-00364-RSL

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

| No. | Date | Exhibit Description | Objection |
|---|---|---|---|
| 510 | Various | Communications concerning contact by Plaintiff to address wage and hour inconsistency | ER 401, 402, 403, 801, 802 |
| 511* | Various | Sadguru Enterprises, Inc. records | ER 401, 402, 403, 801, 802 |
| 512* | Various | Lyft, Inc. records | ER 401, 402, 403, 801, 802 |
| 513* | Various | Uber Technologies, Inc. records | ER 401, 402, 403, 801, 802 |
| 514 | Various | Screenshots from R. Kumar Facebook | ER 401, 402, 403, |
| 515 | 2/12/2015 | Kirkland Police Report | ER 401, 402, 403, 801, 802 |
| 516[3] | 1/26/2015 | Email re "Raj Kumar Team Member" and attachments | ER 801, 802 |
| 517 | 1/26/2015 – 2/4/2015 | Email chain re "Raj Kumar Team Member" | ER 801, 802 |

---

[3] Defendants disclosed Exhibits 516 and 517 on October 12, 2017, after the deadline for motions in limine. In addition to the objections noted, Plaintiff objects to the untimely disclosure of these exhibits.

PRETRIAL ORDER - 8
No. 2:16-cv-00364-RSL

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

C.  **Authenticity and admissibility disputed**

1.  **Plaintiff's Exhibits**

| No. | Date | Exhibit Description | Objection |
|---|---|---|---|
| 4 | 1/18/15 – 2/4/15 | Photocopies of screenshots from cellphone regarding certain calls and texts | FRE 401, 402, 403, 801, 802, 803, 1003 |

2.  **Defendant's Exhibits – NONE**

VII.  **ACTION BY THE COURT** 

(a)   This case is scheduled for a 2-3-day jury trial on November ~~6~~ 15, 2017.  Dkt. 11.

(b)   Trial briefs, proposed voir dire questions, proposed jury instructions, and trial exhibits shall be submitted to the Court on or before November ~~1~~ 8, 2017.  Dkt. 11.

(c)   *[insert any other ruling made by the Court at or before pretrial conference.]*

\*\*\*\*\*

This order has been approved by the parties as evidenced by the signatures of their counsel.  This order shall control the subsequent course of action unless modified by a subsequent order.  This order shall not be amended except by order of the Court pursuant to agreement of the parties or to prevent manifest injustice.

DATED this 13th day of November, 2017.

The Honorable ~~Robert S. Lasnik~~ James L. Robart
UNITED STATES DISTRICT JUDGE

PRETRIAL ORDER - 9
No. 2:16-cv-00364-RSL

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

FORM APPROVED:

 /s/ Loyd J. Willaford *[email authorization]*
Loyd J. Willaford, WSBA #42696
Sarah Derry, WSBA #47189
**CLINE & CASILLAS, P.S.**
520 Pike Street, Suite 1125
Seattle, WA 98101
Tel: (206) 838-8770
lwillaford@clinelawfirm.com
sderry@clinelawfirm.com

*Attorneys for Plaintiff Raj Kumar*


 /s/ Stephen C. Willey
Stephen C. Willey, WSBA #24499
C.N. Coby Cohen, WSBA #30034
**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue, Suite 800
Seattle, WA 98101
Tel: (206) 749-0500
swilley@sbwllp.com
ccohen@sbwllp.com

*Attorneys for Defendant Eagle Canyon Capital, LLC*

PRETRIAL ORDER - 10
No. 2:16-cv-00364-RSL

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing document was filed electronically with the Court and thus served simultaneously upon all counsel of record, this 25th day of October, 2017.

*/s/ Nikki Kunz*
Nikki Kunz

PRETRIAL ORDER - 1
No. 2:16-cv-00364-RSL

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500